McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EISSA H. ABUMAALI,<br><br>       Plaintiffs,<br><br>   v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>       Defendants. | No. CV F 08-505 AWI GSA<br><br>JOINT STIPULATION RE: EXTENSION OF TIME FOR ANSWER TO COMPLAINT AND ORDER |

   This is an immigration case in which plaintiff has challenged the delay in the processing of his application to replace his Alien Registration Card and application for a travel document by U.S. Citizenship and Immigration Services (CIS).  The parties respectfully inform the Court that they are endeavoring to reach a resolution to the matter at the administrative level.  Accordingly, the parties stipulate to a 60-day extension of time for the government to file its answer to the complaint, until August 15, 2008.  As well, the parties request that the scheduling conference, currently set for July 15, 2008, be reset to sometime after the new answer date.


Dated: June 16, 2008

                                        McGREGOR W. SCOTT
                                        United States Attorney



                         By:    /s/Audrey Hemesath
                                Audrey B. Hemesath
                                Assistant U.S. Attorney
                                Attorneys for the Defendants

-1-

By:     /s/ Beth Feinberg
Beth Feinberg
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for the government to answer the complaint is extended to August 15, 2008, and the scheduling conference is reset to August 27, 2008 at 9:30 am before the Honorable Gary S. Austin, in Courtroom 10. The scheduling conference currently set for July 15, 2008 at 9:00 am is hereby VACATED.

IT IS SO ORDERED.

Dated:   **June 17, 2008**            /s/ **Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE

-2-